UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| JUSTAN D. ADAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:12-cv-00219-NT |
| | ) | |
| PENOBSCOT COUNTY JAIL | ) | |
| OFFICER, | ) | |
| Defendant. | ) | |

ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision filed September 10, 2012, the Recommended Decision is affirmed.

It is therefore ORDERED that:

1. The Recommended Decision of the Magistrate Judge is hereby ADOPTED.

2. The Plaintiff's complaint is DISMISSED.

/s/ Nancy Torresen_____
United States District Judge

Dated this 23rd day of October, 2012.